NICOLA T. HANNA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
JOLENE TANNER (Cal. Bar No. 285320)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-3544
    Facsimile: (213) 894-0115
    E-mail: jolene.tanner@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Petitioner,<br><br>    v.<br><br>CHARLES L. MCMILLAN,<br><br>    Respondent. | Case No.  CV 20-09319-PA (RAOx)<br><br>ORDER TO SHOW CAUSE |

Based upon the Petition to Enforce Internal Revenue Service Summons, Memorandum of Points and Authorities, and supporting Declaration, the Court finds that Petitioner has established a *prima facie* case for judicial enforcement of the subject Internal Revenue Service (IRS) summons. *See United States v. Powell*, 379 U.S. 48, 57-58 (1964).

**IT IS ORDERED** that Respondent appear before this District Court of the United States for the Central District of California, at the following date, time, and address, to show cause why the production of books, papers, records, and other data demanded in the subject IRS summons should not be compelled:

1

| | | |
|---|---|---|
| Date: | November 30, 2020 via Zoom video conference webinar | |
| Time: | 1:30 p.m. | |

Address:  ☐ United States Courthouse

350 West First Street, Los Angeles, CA  90012

☐ Webinar Instructions:

Please click the link below to join the webinar:
https://cacd-uscourts.zoomgov.com/j/1604406150?pwd=azl2dk4rcFhvUjJBNmhKLzZoLzRTZz09
Passcode: 397384
Or iPhone one-tap :
   US: +16692545252,,1604406150#,,,,,,0#,,397384#  or +16468287666,,1604406150#,,,,,,0#,,397384#
Or Telephone:
   Dial (for higher quality, dial a number based on your current location):
       US: +1 669 254 5252  or +1 646 828 7666
Webinar ID: 160 440 6150
Passcode: 397384
       International numbers available: https://cacd-uscourts.zoomgov.com/u/aeaElYdrKv

Or an H.323/SIP room system:
   H.323:
   161.199.138.10 (US West)
   161.199.136.10 (US East)
   52
   61
   100.140
   Meeting ID: 160 440 6150
   Passcode: 397384
   SIP: 1604406150@sip.zoomgov.com
   Passcode: 397384

   **IT IS FURTHER ORDERED** that copies of the following documents be served on Respondent no later than October 23, 2020  (a) by personal delivery, (b) by leaving a

2

copy at Respondent's dwelling or usual place of abode with someone of suitable age and discretion who resides there, or (c) by certified mail:

1. This Order; and
2. The Petition, Memorandum of Points and Authorities, and accompanying Declaration.

Service may be made by any employee of the IRS or the United States Attorney's Office. Petitioner shall file a proof of service than October 30, 2020.

**IT IS FURTHER ORDERED** that no later than November 9, 2020, Respondent shall file and serve a written response, supported by appropriate sworn statements, as well as any desired motions. If, prior to the return date of this Order, Respondent files a response with the Court stating that Respondent does not oppose the relief sought in the Petition, nor wish to make an appearance, then the appearance of Respondent at any hearing pursuant to this Order to Show Cause is excused, and Respondent shall comply with the summons within ten (10) days thereafter.

**IT IS FURTHER ORDERED** that all motions and issues raised by the pleadings will be considered on the return date of this Order. Only those issues raised by motion or brought into controversy by the responsive pleadings and supported by sworn statements filed in accordance with the deadlines set forth in this order will be considered by the Court. All allegations in the Petition not contested by such responsive pleadings or by sworn statements will be deemed admitted.

DATED: October 14, 2020

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE